# Court of Appeals
# of the State of Georgia

ATLANTA,   July 24, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2090.   ROCHELLE L. SAULSBERRY v. US BANK NATIONAL ASSOCIATION.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, Rochelle L. Saulsberry appealed the magistrate court's decision to the superior court. The superior court subsequently entered judgment against Saulsberry who filed a notice of direct appeal to this Court. When the record was not timely perfected, US Bank National Association moved to dismiss the appeal. On March 13, 2014, the trial court entered an order dismissing the appeal. Saulsberry filed a notice of appeal from this ruling on April 22, 2013. We lack jurisdiction for two reasons.

First, because the underlying issue involves the superior court's de novo review of a magistrate court ruling, Saulsberry was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995); see also *Rebich v. Miles*, 264 Ga. 467, 468 (448 SE2d 192) (1994) (underlying subject matter generally controls in determining appropriate appellate procedure). Second, the notice of appeal is untimely. Under OCGA § 44-7-56, appeals in dispossessory actions "shall be filed within seven days of the date such judgment was entered." Here, however, Saulsberry filed her notice of appeal 40 days after entry of the trial court's order. For these reasons, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/24/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*